[Cite as *Ryan v. Ashtabula*, 2023-Ohio-1487.]

**IN THE COURT OF CLAIMS OF OHIO**

| | |
|---|---|
| JAMES RYAN | Case No. 2022-00660PQ |
| Requester | Case No. 2022-00665PQ |
| | Case No. 2022-00680PQ |
| v. | |
| | Judge Lisa L. Sadler |
| CITY OF ASHTABULA | |
| Respondent | <u>JUDGMENT ENTRY</u> |
| AND | |
| JAMES RYAN | |
| Requester | |
| v. | |
| CITY OF ASHTABULA | |
| Respondent | |
| AND | |
| JAMES RYAN | |
| Requester | |
| v. | |
| CITY OF ASHTABULA | |
| Respondent | |

{¶1} On February 28, 2023, a Special Master issued a Report and Recommendation (R&R) in Ct. of Cl. Nos. 2022-00660PQ, 2022-00665PQ, and 2022-

00680PQ, which have been consolidated. The Special Master recommends the following:

> • "All of Requester's claims in Case 2022-00660PQ be dismissed pursuant to Civ. R. 12(B)(6) and that costs be assessed against Requester;"
>
> • "Requester's claims for monetary and declaratory relief in Case 2022-00665PQ be dismissed pursuant to Civ. R. 12(B)(6), that his claim seeking production of records be dismissed as moot, and that costs be assessed against Requester;" and
>
> • "Requester's claims for monetary and declaratory relief in Case 2022-00680PQ be dismissed pursuant to Civ. R. 12(B)(6), that his claim seeking production of records be dismissed as moot, and that costs be assessed against Requester."

(R&R, 10.)

{¶2} Neither Requester nor Respondent in the consolidated cases has filed timely written objections to the Report and Recommendation in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the Court finds that there is no error of law or other defect evident on the face of the Report and Recommendation filed in Ct. of Cl. Nos. 2022-00660PQ, 2022-00665PQ, and 2022-00680PQ. The Court therefore adopts the Report and Recommendation filed in Ct. of Cl. Nos. 2022-00660PQ, 2022-00665PQ, and 2022-00680PQ.

{¶3} Wherefore, in accordance with the Special Master's recommendations, the Court ORDERS the following:

(1) All of Requester's claims in Case 2022-00660PQ are dismissed pursuant to Civ. R. 12(B)(6) and court costs are assessed against Requester in Ct. of Cl. No. 2022-00660PQ;

(2) Requester's claims for monetary and declaratory relief in Ct. of Cl. No. 2022-00665PQ are dismissed pursuant to Civ. R. 12(B)(6), Requester's claim seeking production of records is dismissed as moot, and court costs in Ct. of Cl. No. 2022-00665PQ are assessed against Requester; and

(3) Requester's claims for monetary and declaratory relief in Ct. of Cl No. 2022-00680PQ is dismissed pursuant to Civ. R. 12(B)(6); Requester's claim seeking production of records is dismissed as moot, and court costs in Ct. of Cl. No. 2022-00680PQ are assessed against Requester.

The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
LISA L. SADLER
Judge

**Filed April 27, 2023**
**Sent to S.C. Reporter 5/4/23**